Fred A. Schwartz (FL SBN 360538)
*(Admitted Pro Hac Vice)*
fschwartz@swlawyers.law
**SHAHADY & WURTENBERGER, P.A.**
200 East Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Telephone: (561) 910-3064
Facsimile: (561) 409-0882

*Attorneys for Petitioners*
**LIBERTY AND YORK, INC., SKYMARK PROPERTIES CORPORATION, INC., SKYMARK PROPERTIES II, LLC, SKYMARK SPE, LLC, and LAILA ALIZADEH**
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

LIBERTY & YORK, INC., a Delaware corporation, SKYMARK PROPERTIES CORPORATION, INC., a Delaware corporation, SKYMARK PROPERTIES II, LLC, a Michigan limited liability company, SKYMARK SPE, LLC, a Delaware limited liability company, and LAILA ALIZADEH, a Canadian individual,

Petitioners,

v.

SOUTHFIELD METRO CENTER HOLDINGS, LLC, a Michigan limited liability company, FRIEDMAN MANAGEMENT COMPANY, a Michigan corporation, TACONIC CAPITAL ADVISORS L.P., a Delaware limited partnership, CRE DISTRESSED PROPERTY LLC, a Florida limited liability company, and AXONIC CAPITAL LLC, a Delaware limited liability company,

Respondents.

CASE NO.: 2:25-cv-06200-RAO

**JOINT STATUS REPORT REGARDING ARBITRATION AND REQUEST TO EXEND ADMINISTRATIVE STAY**

*Assigned for all purposes to the Honorable Rozella A. Oliver in Courtroom 590*

Petition Filed: July 8, 2025

COME NOW all Parties by and through their undersigned counsel and provide the Court with a status report as to arbitration and request the Court to extend the current administrative stay until after the Arbitration scheduled in this matter and state as follows:

1. On November 21, 2025, this Court entered an administrative stay of this action in light of the fact that the matter was to be arbitrated.

2. On May 1, 2026, the Honorable Elizabeth R. Feffer of ADR Services, Inc. issued an Arbitration Management Order #2 scheduling a 17-day arbitration hearing for April 26 through May 19, 2027, in Los Angeles, California.

3. On June 1, 2026, this Court ordered that a second joint status report be provided to the Court with an update on the pending matter. [DE 48]

4. The parties are now engaged in discovery prior to arbitration.

WHEREFORE, the Parties jointly respectfully request that the administrative stay of this matter be extended for a period of sixty (60) days after May 19, 2027, to allow this matter to be resolved via arbitration.

DATED: June 30, 2026

**SHAHADY & WURTENBERGER, P.A.**

By: *Fred A. Schwartz*

Fred A. Schwartz (FL SBN 251039)
*(Admitted Pro Hac Vice)*
fschwartz@swlawyers.law
200 E. Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Telephone: 561-910-3064

Stephen W. Abbott (TX SBN 795933)
*(Admitted Pro Hac Vice)*
sabbott@loopergoodwine.com
**LOOPER GOODIWNE PC**
1300 Post Oak Boulevard, Suite 750
Houston, TX 77056
Telephone: 713-335-8600
*Attorneys for Petitioners*

**DAWDA PLC**

By: Eric A. Ladasz
Eric A. Ladasz (MI SBN P65354)
*(Admitted Pro Hac Vice)*
eladasz@dawdalaw.com
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
Telephone: 248-642-3700

Evan M. Selik (SBN 251039)
eselik@mccathernlaw.com
**McCATHERN LLP**
233 Wilshire Boulevard, Suite 720
Santa Monica, CA 90401
Telephone: 213-225-6150
Facsimile: 213-225-6151

*Attorneys for Respondents*